## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-10041-CAS(JCx) | Date | March 25, 2011 |
|---|---|---|---|
| Title | *L.A. PRINTEX INDUSTRIES, INC. v. MEETV MAGIC, INC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **April 15, 2011** why this action should not be dismissed for lack of prosecution **as to defendants DAFFYS, INC.; STAR OF INDIA FASHIONS, INC.; MARIANNE STORES, INC.; and VALUE CITY DEPARTMENT STORES, LLC, only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)    A proof of service of summons and complaint on **defendants DAFFYS, INC.; MARIANNE STORES, INC.; and VALUE CITY DEPARTMENT STORES, LLC**

2)    An answer by **defendant STAR OF INDIA FASHIONS, INC.,** or plaintiff's request for entry of default on this defendant

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |